**Deny and Opinion Filed March 30, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00267-CV**

## IN RE KENNETH B. CHAIKEN, Relator

**Original Proceeding from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-04054-2015**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Osborne, and Justice Reichek
Opinion by Chief Justice Burns

Before the Court is relator's February 27, 2020 petition for writ of mandamus in which he contends that the trial court abused its discretion by ordering the post-judgment release of registry funds to the real party in interest. Relator's record does not comply with the requirements for filing a petition for mandamus. *See* TEX. R. APP. P. 52.7. Further, entitlement to mandamus relief requires relator to show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown the trial court abused its discretion. Accordingly, we deny relator's petition for writ

of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).


                        /Robert D. Burns, III/

                        ROBERT D. BURNS, III
                        CHIEF JUSTICE


200267F.P05